378 A.2d 858

**COMMONWEALTH of Pennsylvania**

v.

**James OLIVER, Appellant.**

Supreme Court of Pennsylvania.

Submitted Jan. 10, 1977.

Decided Oct. 7, 1977.

Joel Harvey Slomsky, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, MANDERINO and PACKEL, JJ.

## OPINION OF THE COURT

PER CURIAM.

Judgment of sentence affirmed.

NIX, J., took no part in the consideration or decision of this case.